**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHNNY WILLIAM BELL,**

               **Petitioner,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:04-cv-935-Orl-22KRS**

**SECRETARY, DEPARTMENT OF**
**CORRECTIONS, et al.,**

               **Respondents.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**  that the Petitioner, Johnny William Bell, take nothing and the action be dismissed.

Date:   May 5, 2005

               SHERYL L. LOESCH, CLERK

             s/ *M. Pleicones*, Deputy Clerk